Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>  Plaintiff,<br><br>vs.<br><br>I SQUARED RESTAURANT INC dba BELOTTI RISTORANTE E BOTTEGA; OAKLAND COLLEGE & HUDSON, LLC;<br><br>  Defendants. | No.  3:19-cv-01976-LB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants, I Squared Restaurant Inc dba Belotti Ristorante E Bottega; and Oakland College & Hudson, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety.

Dated: November 6, 2019          MOORE LAW FIRM, P.C.

              /s/ Tanya E. Moore
              Tanya E. Moore
              Attorney for Plaintiff,
              Albert Dytch

Dated: November 6, 2019          SEYFARTH SHAW LLP

              /s/ Andrea Bednarova
              Andrea Bednarova
              Kristina M. Launey
              Attorneys for Defendants,
              I Squared Restaurant Inc dba Belotti Ristorante E Bottega; and Oakland College & Hudson, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

              /s/ Tanya E. Moore
              Tanya E. Moore
              Attorney for Plaintiff,
              Albert Dytch